William H. McIntire v. National Nassau Bank.— Motion granted.

The People of the State of New York ex rel. Officer Kenny v. James E. Stubbert.— Motion denied.   Order to be settled on notice.

Barney Gelder v. International Ore Company.— Motion denied, with ten dollars costs.

Barney Gelder, v. International Ore Company.— Motion for resettlement granted.   Order to be settled on notice.

William D. Tyndall v. Pinelawn Cemetery.   (2 cases.) — Motions denied, with ten dollars costs.

Equitable Trust Company v. Samuel H. Moss.— Motion denied, with ten dollars costs.

William R. Smith v. The Board of Education of the City of New York. — Motion denied, with ten dollars costs.

Peyton R. McCargo v. Andrew Jergens.— Motion granted.

Jean B. Todd v. Frederick B. Pratt.— Motion denied on the ground that the plaintiff has a right to appeal without leave.

Israel Unterberg v. Robert H. Elder.— Motion granted.

Belle Brand v. Jacob Glockner.— Motion denied, with ten dollars costs.

Mary Gorlitzer v. Betty Wolfberg.— Motion denied, with ten dollars costs.

Anna Hochstein v. Solomon Schlanger.— Motion granted, questions certified.

Max Kliger v. Samuel Rosenfeld and Another.— Motion granted; case referred to official referee.   Order to be settled on notice.

In the Matter of Eugene F. Vacheron.— Respondent disbarred.   Order to be settled on notice.

In the Matter of C. Von Oden Hughes.— Referred to official referee. Order to be settled on notice.

Heller, Hirsh & Company, Respondent, v. General Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ella C. Osborne, Respondent, v. Emily A. Thorn, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Mary A. Fitzpatrick, Appellant, v. Anna H. Sims and Others, as Executors, etc., of Mary Adelaide Yerkes, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of the Application of Saverio Scalzo and Giuseppe Mungo, Copartners Doing Business under the Firm Name and Style of G. Mungo & S. Scalzo & Company, Respondents, to Punish Raffaela Pettinati, Appellant, as for a Contempt of Court.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Arthur Pietsch, an Infant, by Albrecht Pietsch, His Guardian ad Litem, Respondent, v. Peerless Printing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Ethel M. Percival, Respondent, v. Lewis A. Dalrymple Percival, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Daniel J. Leary v. Gus A. Sandblum.— Motion granted on terms stated in opinion per curiam.   Order to be settled on notice.